IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALEXANDER BROWN            :
                           :
v.                         :   NO. 2:24-cv-02067-JLS
                           :
BOBBY JO SALAMON, *et al.* :

**O R D E R**

JEFFREY L. SCHMEHL, J.

AND NOW, this 7th day of August, 2025, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED; there is no basis for the issuance of a certificate of appealability.

3. Petitioner's objections are OVERRULED.

4. Petitioner's motion for a hearing is DENIED.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.